JOHN J. WELSTEAD, Respondent, *v.* JAMES E. JENNINGS, Appellant.

Reported below, 104 App. Div. 179.
(Submitted December 4, 1905; decided December 12, 1905.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered April 28, 1905, affirming a judgment in favor of defendant entered upon a decision of the court on trial at Special Term.

The motion was made upon the ground that the Court of Appeals was without jurisdiction to entertain the appeal, it bringing up for review solely a unanimous decision of the Appellate Division that the findings of fact were supported by the evidence.

*Joseph R. Swan* for motion.

*Harri M. Howell* opposed.

Motion denied, with ten dollars costs.